```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
"RODOLFO REGACHO V JACK POTTER"

Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 02/21/03
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs
                    EMPLOYMENT DISCRIMINATION
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 02/21/03 receipt # 00117991
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | REGACHO, RODOLFO | Hal P. Gazaway<br>8620 Boundary Avenue<br>Anchorage, AK 99504<br>907-338-8111<br>FAX 907-338-8118 |
| DEF 1.1 | POTTER, JACK | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
                 "RODOLFO REGACHO V JACK POTTER"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/21/03
            Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs
                   EMPLOYMENT DISCRIMINATION
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 02/21/03 receipt # 00117991
         Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/21/03 | Complaint filed; Summons issued. |
| 2 - 1 | 04/25/03 | DEF 1 Answer to Complaint. |
| 3 - 1 | 04/28/03 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 4 - 1 | 05/29/03 | PLF 1; DEF 1 Report of parties' meeting. |
| 5 - 1 | 06/04/03 | JKS S&P Order setting pretrial ddlns: Original disc 04/01/04; Disp mots ddln 04/30/04; Estimate of trial 5 days; TBC. cc: cnsl |
| 6 - 1 | 01/09/04 | DEF 1 Unopposed motion for an extension of time until 01/13/04 to file final witness lists. |
| 7 - 1 | 01/13/04 | JKS Order granting unopposed mot for an ext of time to 01/13/04 to file final wit lists (6-1). cc: cnsl |
| 8 - 1 | 01/14/04 | DEF 1 Final Witness List. |
| 9 - 1 | 01/14/04 | PLF 1 Witness List. |
| 10 - 1 | 03/25/04 | DEF 1 Unopposed motion for ext of time (to 5/31/04) to complete discovery. |
| 11 - 1 | 03/31/04 | JKS Order granting unopposed mot for ext of time (to 5/31/04) to complete disc (10-1) & setting the following dates: Disc to close 05/31/04. cc: cnsl |
| 12 - 1 | 04/20/04 | PLF 1 Notice of unavailability from 04/22/04 to 05/10/04. |
| 13 - 1 | 05/20/04 | DEF 1 Unopposed motion to extend deadlines for discovery deadline to 09/03/04 and dispositive deadline until 10/08/04. |
| 14 - 1 | 05/26/04 | JKS Order granting unopposed mot to ext ddlns for disc ddln to 09/03/0 (13-1) & setting the following dates: Disc to close 09/03/04; Disp mots ddln 10/08/04. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
                              "RODOLFO REGACHO V JACK POTTER"

                                    For all filing dates


Document #   Filed      Docket text

   15 -  1   09/20/04   DEF 1 Unopposed motion for a protective order.

   16 -  1   09/22/04   PLF 1 Unopposed motion to ext dscvy 40 days on limited issues.

   16 -  2   10/04/04   JWS Order granting unopposed motion to ext dscvy 40 days on limited
                        issues (16-1) & setting the following dates: Discovery to close
                        10/13/04. cc: cnsl

   17 -  1   10/04/04   JWS Order granting unopposed motion for a protective order re production
                        of 1999 light duty list & redacted limited duty lists (15-1). cc: cnsl

   18 -  1   10/21/04   PLF 1 motion to file amended witness list w/att memo and plaintiff's
                        amended witness list.

   19 -  1   10/26/04   PLF 1 Notice of unavailability of cnsl from 10/26/04 until 11/8/04.

   20 -  1   11/05/04   JKS Order re: certification of readiness for trial; parties to certify
                        or file a report within 15 days from the date of this order. cc:cnsl

   21 -  1   11/08/04   DEF 1 Unopposed motion for ext of time to oppos mot to amend witness
                        list.

   21 -  2   11/09/04   JKS Order granting unopposed motion for ext of time (to 11/12) to oppos
                        mot to amend the final witness list (21-1). cc: cnsl

   22 -  1   11/15/04   PLF 1; DEF 1 Stipulation to delete Melinda Varszegi from the pltf's
                        witness list.

   22 -  2   11/15/04   JKS Order granting stipulation to delete Melinda Varszegi from the
                        pltf's witness list (22-1). cc: cnsl

   23 -  1   11/22/04   PLF 1 motion for status conference.

   24 -  1   11/24/04   JKS Minute Order re status conf set for 12/9/04 at 10:00 a.m. cc: cnsl

   18 -  2   11/30/04   JKS Order granting motion to file amended witness list (18-1). cc: cnsl

   25 -  1   11/30/04   PLF 1 Amended Witness List.

   26 -  1   12/02/04   DEF 1 unopposed motion on shortened time to reset the status conference
                        set 12/9/04.

   27 -  1   12/02/04   JKS Order granting unopposed motion on shortened time to reset the
                        status conference (26-1).  Stat conf set 12/9/04 at 10:00 a.m. is now
                        reset for 12/9/04 at 3:30 p.m. in Courtroom #2.  cc: H. Gazaway, AUSA

   28 -  1   12/13/04   JKS Court Minutes [ECR: Robin Carter] re status conf hld 12/9/04; cnsl
                        to file stip to amend S&P Order due 12/13/04. cc: cnsl

   29 -  1   12/13/04   PLF 1; DEF 1 Stipulation to set remaining deadlines & to suggest trial
                        dates.

   30 -  1   12/14/04   JKS Order setting the following dates: Govt's mot to dismiss claim due
                        12/21/04; pltf to complete deposition of Bill Baerry by 1/17/05;
                        Dispositive motions deadline 02/11/05; TBC set for 6/6/05 at 9:00 a.m..
                        cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
                              "RODOLFO REGACHO V JACK POTTER"
```
---
For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 12/21/04 | DEF 1 motion to dismiss failure to train claim w/att exhs. |
| 32 - 1 | 12/29/04 | PLF 1 Unopposed motion for ext of time (to 2/28) to file oppo to mot to dsmss for fail ure to train claim. |
| 32 - 2 | 01/04/05 | JKS Order granting unopposed motion for ext of time until 2/28/05 to file oppo to mot to dsmss for failure to train claim (32-1).  cc: cnsl |
| 33 - 1 | 02/11/05 | DEF 1 motion for an ext of time to file dispositive motions & motions in limine. |
| 34 - 1 | 02/18/05 | PLF 1 non-opposition to DEF 1 motion for an ext of time to file dispositive motions & motions in limine (33-1). |
| 33 - 2 | 02/28/05 | JKS Order granting motion for an ext of time to file dispositive motions & motions in limine (33-1) & setting the following dates: Dispositive motions deadline 03/31/05. cc: cnsl |
| 35 - 1 | 03/01/05 | PLF 1 motion for one-day ext of time to file oppo to def's mot for dsmssg this action (w/att oppo). |
| 36 - 1 | 03/03/05 | PLF 1; DEF 1 motion (joint) for a settlement conference before MJ Branson. |
| 37 - 1 | 03/07/05 | PLF 1 Notice of Unavailability from 3/7 to 3/21. |
| 38 - 1 | 03/07/05 | PLF 1 motion (cross) for partial summary judgment striking & summarily disposing of defendant's affirmative defenses. |
| 39 - 1 | 03/08/05 | DEF 1 reply to opposition to DEF 1 motion to dismiss failure to train claim (31-1). |
| 40 - 1 | 03/09/05 | JKS Minute Order re case referred to MJ Branson for settlement conference. cc: cnsl, MJ Branson |
| 41 - 1 | 03/10/05 | AHB Order re: settlement conference.  By noon 4/8/05 all parties shall deliver under seal one copy of their settlement brf to the chmbrs of MJ Branson.  The settlement conf is set for 4/14/05 at 9:30 a.m. in Courtroom #5.  cc: cnsl |
| 35 - 2 | 03/14/05 | RRB Order granting motion for one-day ext of time to file oppo to def's mot for dismissing this action (35-1). cc: cnsl |
| 42 - 1 | 03/14/05 | PLF 1 opposition to DEF 1 motion to dismiss failure to train claim (31-1). w/att aff & exhs. |
| 43 - 1 | 03/15/05 | PLF 1 motion for ext of time to reply to def's oppo w/att notice of unavailability. |
| 44 - 1 | 03/24/05 | JKS Minute Order granting motion for ext of time to reply to def's oppo (43-1); pltf's reply due 4/7/05. cc: cnsl |
| 45 - 1 | 03/25/05 | DEF 1 Unopposed motion for an ext of time to file oppos, mots in limins, dspstv mots & mots based on the dscvy rules. |
| 46 - 1 | 03/30/05 | JWS Order granting motion Unopposed motion for an ext of time to file oppos, mots in limins, dsp (45-1) & setting the following dates: |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
                              "RODOLFO REGACHO V JACK POTTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Dispositive motions deadline 04/28/05. cc: cnsl |
| 47 - 1 | 04/15/05 | AHB Court Minutes [ECR: Robin Carter] re Settlement Conference (held 4/14/05); settlement not reached; plt requested matter proceed to trial. cc: cnsl, Judge Singleton |
| 48 - 1 | 04/29/05 | DEF 1 Unopposed motion to extend deadline for defendant's opposition to Mr. Regacho's motion to dismiss defenses & motion for summary judgment until 5/2/05. |
| 48 - 2 | 05/02/05 | Order granting unoppo mot to extend ddln until 5/2/05 to file def's oppo to plf's mot to dismiss defenses & mot for sj (48-1). cc: cnsl |
| 49 - 1 | 05/02/05 | DEF 1 motion for summary judgment w/att exhs. |
| 50 - 1 | 05/02/05 | DEF 1 opposition to PLF 1 motion (cross) for partial summary judgment striking & summarily disposing of defendant's affirmative defenses (38-1). |
| 51 - 1 | 05/02/05 | DEF 1 notice of flg unsigned declaration at ex Y re: DEF 1 motion for summary judgment (49-1) |
| 52 - 1 | 05/05/05 | DEF 1 motion to enforce the settlement agreement w/att exhs. |
| 53 - 1 | 05/09/05 | DEF 1 Notice of filing signed declaration of M. Lamoureux, R. Fimon & J.T. Summerville re: DEF 1 motion for summary judgment (49-1) w/att declarations. |
| 54 - 1 | 05/10/05 | JKS Minute Order re in light of the pending dispositive motions trial date VACATED. cc: cnsl |
| 55 - 1 | 05/12/05 | PLF 1 Unopposed motion for ext of time to 6/6 to oppo def's mot for SJ. |
| 55 - 2 | 05/16/05 | JKS Order granting unopposed motion for ext of time to 6/6 to oppo def's mot for SJ (55-1). cc: cnsl |
| 56 - 1 | 05/27/05 | PLF 1 opposition to DEF 1 motion to enforce the settlement agreement (52-1) w/att aff. |
| 57 - 1 | 06/06/05 | PLF 1 Unopposed motion for ext of time until 6/20/05 to oppos mot for SJ. |
| 57 - 2 | 06/07/05 | JKS Order granting unopposed motion for ext of time until 6/20/05 to oppos mot for SJ (57-1). cc: cnsl |
| 58 - 1 | 06/07/05 | DEF 1 motion for leave of court to file additional factual information w/att exhs. |
| 59 - 1 | 06/07/05 | DEF 1 reply to opposition to DEF 1 motion to enforce the settlement agreement (52-1) w/att exhs. |
| 60 - 1 | 06/17/05 | PLF 1 Unopposed motion for extension of time until 7/25/05 to oppose defendant's motion for summary judgment. |
| 60 - 2 | 06/20/05 | Order granting unopposed motion for extension of time until 7/25/05 to oppose defendant's motion for sj (60-1). cc: cnsl |
| 61 - 1 | 07/05/05 | JKS Order granting motion for leave of court to file additional factual information (58-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0048--CV (JKS)
                               "RODOLFO REGACHO V JACK POTTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 07/13/05 | JWS Order denying motion to enforce the settlement agreement (52-1); granting motion to dismiss failure to train claim (31-1) w/regard to causes of action arising under Title VII & the Rebilitation Action. cc: cnsl |
| 63 - 1 | 07/21/05 | PLF 1 motion for relief from crt's 7/13/05 order or in the alternative for reconsideration w/att memo & exhs. |
| 64 - 1 | 07/25/05 | PLF 1 motion for ext of time to oppos def's motion for summary judgment w/att aff. |
| 64 - 2 | 07/28/05 | JKS Order granting motion for ext of time until 5 days afer the crt has ruled on motion for relief from order &/or reconsidertaion, to oppos def's motion for summary judgment (64-1). cc: cnsl |
| 65 - 1 | 08/01/05 | JKS Minute Order denying motion for relief from crt's 7/13/05 order or in the alternative for reconsideration (63-1). cc: cnsl |
| 66 - 1 | 08/08/05 | PLF 1 motion for ext of time to oppo def's mot for SJ w/att aff. |
| 66 - 2 | 08/11/05 | RRB Order granting motion for ext of time to oppo def's mot for SJ (66-1). cc: cnsl |
| 67 - 1 | 08/12/05 | PLF 1 Unopposed motion for extension of time until 8/26/05 to oppose defendants mot for sj. |
| 67 - 2 | 08/15/05 | JKS Order granting unopposed motion for extension of time until 8/26/05 to oppose defendant's mot for sj (67-1). cc: cnsl |
| 68 - 1 | 08/26/05 | PLF 1 Unopposed motion for ext of time to 10/3 to oppose def's mot for SJ. |
| 69 - 1 | 09/06/05 | PLF 1 Supplement re: PLF 1 Unopposed motion for ext of time to 10/3 to oppose def's mot for SJ (68-1) (with counsels signature). |
| 69 - 2 | 09/12/05 | JKS Order granting unopposed motion for ext of time to 10/3 to oppose def's mot for SJ (68-1). cc: cnsl |
| 70 - 1 | 10/04/05 | PLF 1 opposition to DEF 1 motion for summary judgment (49-1) w/att exhs. |
| 71 - 1 | 10/07/05 | PLF 1 Errata to oppo re: DEF 1 motion for summary judgment (49-1) w/att aff. |
| 72 - 1 | 10/12/05 | DEF 1 Unopposed motion for ext of time to 10/25 to file reply to oppo to mot  for SJ. |
| 73 - 1 | 10/17/05 | JKS Minute Order granting unopposed motion for ext of time to 10/25 to file reply to oppo to mot for SJ (72-1). cc: cnsl |
| 74 - 1 | 10/25/05 | DEF 1 reply to opposition to DEF 1 motion for summary judgment (49-1). |
| 75 - 1 | 10/25/05 | DEF 1 motion for leave of court to file additional factual information to its reply w/att exhs. |
| 76 - 1 | 11/21/05 | PLF 1 Notice of unavailability from 11/25/05 to 12/12/05. |