RECEIVED

JAN 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RODOLFO REGACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JACK POTTER, Postmaster General, ) | |
| ) | |
| Defendant. ) | Case No. A03-048 CIV (JKS) |

**NOTICE OF APPEAL**

COMES NOW plaintiff Rodolfo Regacho, by and through his counsel of record, and files his appeal to the Ninth Circuit Court of Appeals, from the Judgment dated December 6, 2005, by the Honorable James K. Singleton, Jr.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 10th day of January, 2006.

          HAL P. GAZAWAY, P.C.
          Attorney for Plaintiff

By: *Hal P. Gazaway*
    Hal P. Gazaway
    Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF APPEAL was mailed / faxed / hand delivered to the following attorney(s) of record addressed as follows:

Susan J. Lindquist
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

DATED this 10th day of January, 2006.

*Brenda J. Faust*
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax