UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  Regacho v. Potter
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name:  Judge James K. Singleton, Jr.
Case No.:  3:03-cv-00048-JKS
Date Complaint/Indictment/Petition Filed:  2/21/2003
Date Appealed Order/Judgment *entered*:  12/06/2005
Date NOA *filed*:  1/10/2006
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  Robin Carter

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  $255          Date Docket Fee billed: _____
Date FP granted: ____              Date FP denied: _____
Is FP pending?  no          Was FP Limited/Revoked?
US Government Appeal?   no
Companion Cases? Please list: _____

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Hal P. Gazaway                        Susan Lindquist
8620 Boundary Ave                     U.S. Attorney's Office
Anchorage, AK 99504                   222 W. 7th Avenue, #9
                                      Anchorage, AK 99513-7567

X  retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: ____        Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____        9th Circuit Docket Number: _____

Name and phone number of person completing this form:  Dan Maus       (907)-677-6123