UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Regacho v. Potter</u>
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name: <u>Judge James K. Singleton, Jr.</u>
Case No.: <u>3:03-cv-00048-JKS</u>
Date Complaint/Indictment/Petition Filed: <u>2/21/2003</u>
Date Appealed Order/Judgment *entered*: <u>12/06/2005</u>
Date NOA *filed*: <u>1/10/2006</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

(06-35054)

**RECEIVED**
JAN 25 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: <u>Robin Carter</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>$255</u>       Date Docket Fee billed: _____
Date FP granted: _____                 Date FP denied: _____
Is FP pending? <u>no</u>       Was FP Limited/Revoked?
US Government Appeal?  <u>no</u>
Companion Cases? Please list: _____

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Hal P. Gazaway                        Susan Lindquist
8620 Boundary Ave                     U.S. Attorney's Office
Anchorage, AK 99504                   222 W. 7th Avenue, #9
                                      Anchorage, AK 99513-7567

X_retained    __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: ___           Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____        9th Circuit Docket Number: _____

Name and phone number of person completing this form: <u>Dan Maus</u>   <u>(907)-677-6123</u>