UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RODOLFO REGACHO,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JACK E. POTTER, Postmaster General,<br><br>Defendant - Appellee. | No. 06-35054<br><br>D.C. No. CV-03-00048-A-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED

APR 2 7 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due May 12, 2006; the answering brief is due June 12, 2006; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

Appellant is informed that a motion for an extension of time to file a brief should include the position of opposing counsel. *See* 9th Cir. R. 31-2.2(b)(6).

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 4.17