DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-cv-048 (JKS) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | SATISFACTION OF JUDGMENT |
| JACK POTTER, Postmaster General, | ) | |
| Defendant. | ) | |

Plaintiff the United States of America, through the United States Attorney for the District of Alaska, states that the judgment entered in the above captioned matter on December 6, 2005, redistributed on December 22, 2005, with costs, is satisfied. The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel

said judgment of record.

    DATED on May 4, 2006.

                        DEBORAH M. SMITH
                        Acting United States Attorney


                        s/Richard L. Pomeroy
                        Richard L. Pomeroy
                        Assistant U.S. Attorney
                        222 West 7th Avenue, #9, Room 253
                        Anchorage, Alaska 99513-7567
                        Phone: (907) 271-5071
                        Fax: (907) 271-2344
                        Email: richard.pomeroy@usdoj.gov
                        AK #8906031

Certificate of Service

I hereby certify that on May 4, 2006, the foregoing
Satisfaction of Judgment was served electronically
on Hal P. Gazaway.


s/Richard L. Pomeroy