CATHY A. CATTERSON, CLERK
U. S. COURT OF APPEALS

SEP 1 4 2007

FILED_____9-14-7____

DOCKETED_____

Form 10.  Bill of Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Rev. 1-1-05)*

DATE_____INITIAL_____

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:**  If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service,
within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1.  A late bill of costs must be
accompanied by a motion showing good cause.  Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1
when preparing your bill of costs.

Regacho v. Potter                                                    CA No. 06-35054

The Clerk is requested to tax the following costs against:    Regacho

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 57 | *0.05 | $75.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| TOTAL | | | | $ 75.00 | | | TOTAL | $57.00 |

\*   includes $0.90 for binding (per brief), totaling $18.00

**Form 10. Bill of Costs -** *Continued*

**Other:**  Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1.  Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess
  number must be submitted.

\*\* Costs per page may not exceed .10 or actual cost, whichever is less.  Circuit Rule 39-1.

I,  ANTHONY YANG swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _____
Date: ___10 Sept 2007___

Name of Counsel (printed or typed): ___ANTHONY YANG___
Attorney for: ___Jack Potter, Postmaster General___

Date: ___10-30-7___     Costs are taxed in the amount of $ ___57.00___

                        Clerk of Court
                        By: _____ , Deputy Clerk

FILED

OCT 3 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Signature Redacted